Jonathan A. Rapel (SBN: 285893)
**THE LAW OFFICE OF JONATHAN A. RAPEL**
8502 E Chapman Ave., Suite #219
Orange, CA 92869
T: (949) 229-3321
F: (949) 749-5288

Attorney for Defendant
Jose Perez

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:24-cr-00137-KES-BAM-1 |
|---|---|
| Plaintiff, | ) **REQUEST FOR REMOTE APPEARANCE; ORDER** |
| vs. | ) |
| JOSE MIGUEL PEREZ, | ) |
| Defendant. | ) |

After good cause being shown:

    **IT IS ORDERED** that counsel for defendant PERSONALLY APPEAR for the hearing currently scheduled for July 12, 2024 at 2:00 PM in Courtroom 8.

    **IT IS FURTHER ORDERED** that the proposed surety, Maria Vazquez, be permitted to appear remotely for the hearing currently scheduled for July 12, 2024 at 2:00 PM in Courtroom 8.

IT IS SO ORDERED.

Dated: **July 11, 2024**          /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE

**REQUEST FOR REMOTE APPEARANCE; ORDER**