# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 1:24-cr-00137-KES-BAM-1 |
| Plaintiff, | **ORDER** |
| vs. | |
| JOSE MIGUEL PEREZ, | |
| Defendant. | |

After good cause being shown:

    **IT IS ORDERED** that the hearing regarding bond conditions currently scheduled for July 26, 2024, at 2:00PM in Courtroom 10 be continued to August 1, 2024 before the Duty Magistrate Judge.

DATED:   July 25, 2024

_____
United States Magistrate Judge

1

**ORDER**