PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MIGUEL PEREZ,<br><br>Defendant. | CASE NO. 1:24-CR-00137-KES-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; ORDER** |

The parties stipulate as follows:

1. A grand jury indicted the defendant on June 13, 2024, charging him in count one of violating 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) – Possession of heroin and cocaine with intent to distribute. The Court ordered the defendant released on conditions and set a status conference for August 14, 2024, and excluded time.

2. On June 14, 2024, the government produced initial discovery.

3. Now, the parties agree to continue the status conference from August 14, 2024, to November 13, 2024, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

///

1

4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from August 14, 2024, through November 13, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  August 6, 2024                                    PHILLIP A. TALBERT
                                                         United States Attorney


                                                         */s/ Cody Chapple*
                                                         Cody Chapple
                                                         Assistant United States Attorney


Dated:  August 6, 2024                                    */s/ Jonathan Rapel*
                                                         Jonathan Rapel
                                                         Tobias Nicolson
                                                         Counsel for Jose Miguel Perez.

2

**ORDER**

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from August 14, 2024, until **November 13, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from August 14, 2024, through November 13, 2024, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **August 7, 2024**         /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE