1 | PHILLIP A. TALBERT
United States Attorney
2 | CODY S. CHAPPLE
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

5

6 | Attorneys for Plaintiff
United States of America

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                    CASE NO. 1:24-CR-00137-KES-BAM

12 |                          Plaintiff,

13 |                  v.                          **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; ORDER**

14 | JOSE MIGUEL PEREZ,

15 |                          Defendant.

16

17

18         The parties stipulate as follows:

19         1.      A grand jury indicted the defendant on June 13, 2024, charging him in count one of

20 violating 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) – Possession of heroin and cocaine with intent to distribute.

21 The Court ordered the defendant released on conditions and a status conference is currently set for

22 November 13, 2024, with time excluded to that date.

23         2.      Th government produced initial discovery on June 14, 2024, and supplemental discovery

24 on October 22, 2024. On October 28, 2024, the government extended a plea offer to the defendant that

25 will expire on January 28, 2025.

26         3.      Now, the parties agree to continue the status conference from November 13, 2024, to

27 January 22, 2025, to further provide defendant with reasonable time necessary for effective preparation,

28 so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the

1

1 | case.

2 |     4.     The parties agree that the interests of justice served by granting this continuance outweigh

3 | the best interests of the public and the defendant in a speedy trial. The parties also agree that the period

4 | from November 13, 2024, through January 22, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C.

5 | § 3161(h)(7)(A) and (h)(7)(B)(iv).

6 |     IT IS SO STIPULATED.

Dated:  November 4, 2024              PHILLIP A. TALBERT
                                          United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated:  November 4, 2024              */s/ Jonathan Rapel*
                                          Jonathan Rapel
Tobias Nicolson
Counsel for Jose Miguel Perez.

2

1

## **ORDER**

2

3

The Court has read and considered the parties' stipulation to continue the status conference and

4

exclude time. The Court finds there is good cause for the continuance so as to allow the defendant

5

reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the

6

case. The Court also finds that the interests of justice served by granting the continuance outweigh the

7

interests of the public and the defendant in a speedy trial.

8

Therefore, for good cause shown:

9

1.      The status conference is continued from November 13, 2024, until **January 22, 2025, at**

10

   **1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

11

2.      The period from November 13, 2024, through January 22, 2025, shall be excluded pursuant

12

to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

13

IT IS SO ORDERED.

14

15

Dated:   **November 5, 2024**              /s/ *Barbara A. McAuliffe*       _

                                            UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28