PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MIGUEL PEREZ,<br><br>Defendant. | CASE NO. 1:24-CR-00137-KES-BAM<br><br>**STIPULATION TO SET CHANGE OF PLEA HEARING AND VACATE STATUS CONFERENCE; AND ORDER** |

The parties stipulate as follows:

1.      A grand jury indicted the defendant on June 13, 2024, charging with violating 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) – Possession of heroin and cocaine with intent to distribute. The Court ordered the defendant released on conditions and a status conference is currently set for January 22, 2025, with time excluded to that date.

2.      Th government produced initial discovery on June 14, 2024, and supplemental discovery on October 22, 2024. On January 15, 2025, the parties filed a signed plea agreement. [ECF 32.]

3.      Now, the parties agree to vacate the January 22, 2025, status conference and set a change of plea hearing on March 24, 2025, at 9:30 am before district judge Kirk E. Sherriff. The parties cleared this date with the district court.

4.      The parties further agree that the interests of justice served by setting the change of plea

hearing outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from January 22, 2025, through March 24, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  January 15, 2025                         PHILLIP A. TALBERT
                                                 United States Attorney


                                                 /s/ Cody Chapple
                                                 Cody Chapple
                                                 Assistant United States Attorney


Dated:  January 15, 2025                         /s/ Jonathan Rapel
                                                 Jonathan Rapel
                                                 Tobias Nicolson
                                                 Counsel for Jose Miguel Perez.

## **ORDER**

The Court has read and considered the parties' stipulation to vacate the status conference, set a change of plea hearing, and exclude time. The Court finds that the interests of justice served by setting the change of plea hearing outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1.      The status conference on January 22, 2025, is vacated.

2.      **A Change of Plea Hearing will be set on March 24, 2025, at 9:30 am before District Judge Kirk E. Sherriff**.

3.      The period from January 22, 2025, through March 24, 2025, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **January 15, 2025**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE