Jonathan A. Rapel (SBN: 285893)
**THE LAW OFFICE OF JONATHAN A. RAPEL**
23052 Alicia Parkway., Suite H #437
Mission Viejo, CA 92692
T: (949) 229-3321
F: (949) 749-5288

Attorney for Defendant
Jose Perez

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE MIGUEL PEREZ, <br><br> Defendant. | Case No.: 1:24-cr-00137-KES-BAM-1 <br><br> **ORDER EXONERATING PROPERTY BOND AND RECONVEYING REAL PROPERTY** |

Upon consideration of Defendant's Motion to Exonerate Property Bond, and good cause appearing, IT IS HEREBY ORDERED that:

1. The property bond posted in this case is EXONERATED;

2. The Clerk of the Court shall reconvey the Deed of Trust currently on file with the Fresno County Recorder, (Document #2024-0234465) and release any lien or encumbrance recorded against said property in connection with this case; and

---

1

**ORDER EXONERATING PROPERTY BOND AND RECONVEYING REAL PROPERTY**

3. The surety, Maria Vazquez, is released from all further obligations under the bond.

IT IS SO ORDERED.

Dated: **September 3, 2025**         /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE